UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JOSEPH MARTINEZ, on behalf of           :   **ECF CASE**
himself and others similarly situated,  :
                                        :   Case No. 08 Civ. 6359 (HB)
              Plaintiff,  :
                                        :   **NOTICE OF APPEARANCE**
  - v. --                          :
                                        :
ANDREWS INTERNATIONAL, INC. f/k/a       :
COPSTAT SECURITY, INC.,                 :
                                        :
              Defendant.  :
------------------------------------- X

    PLEASE TAKE NOTICE of the appearance of Douglas Weiner, of Epstein Becker & Green, P.C., as an attorney of record for Defendant.

    I certify that I am admitted to practice in this District and that I continue to be a member in good standing.

Dated:  August 18, 2008

                                                  Respectfully submitted,

                                                  **EPSTEIN BECKER & GREEN, P.C.**

                                                  s/ Douglas Weiner
                                                      Douglas Weiner
                                                  250 Park Avenue
                                                  New York, New York 10177
                                                  Phone: 212.351.4500
                                                  Fax:   212.878.8681
                                                  e-mail: dweiner@ebglaw.com

---

### CERTIFICATE OF SERVICE

    I hereby certify that on August 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel for Plaintiffs.

                                                          s/ Douglas Weiner
                                                          Douglas Weiner