DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

U.S. DISTRICT JUDGE
S.D.N.Y

Douglas Weiner, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH MARTINEZ, on behalf of himself : **ECF CASE**
and others similarly situated, :
: 08 CIV 6359 (HB)
Plaintiff, :
: **STIPULATION TO EXTEND**
- v - : **DEFENDANT'S TIME IN**
: **WHICH TO ANSWER OR**
ANDREWS INTERNATIONAL, INC., f/k/a : **OTHERWISE RESPOND TO**
COPSTAT SECURITY, INC., : **THE COMPLAINT**
:
Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED and agreed by the attorneys for Plaintiff and Defendant that Defendant shall be granted an extension of time to and including September 17, 2008, to answer, move, or otherwise respond to Plaintiff's Complaint in the above action. Counsel for the parties respectfully request that the Court extend the time for Defendants to answer, move, or otherwise respond to Plaintiffs' Complaint in accordance with the terms of this stipulation.

Dated: August 15, 2008
       New York, New York

NY:2809711v1

| | |
|---|---|
| EPSTEIN BECKER & GREEN, P.C.<br>250 Park Avenue<br>New York, NY 10177<br>Phone: (212) 351-4500<br>Fax: (212) 878-8681<br><br>By: _____<br>Douglas Weiner<br>Attorneys for Defendant | LAW OFFICES OF<br>ROBERT L. KRASELNIK, PLLC<br>40 Wall Street, 28th Floor<br>New York, NY 10005<br>Phone: (212) 4007160<br>Fax: (212) 400-7162<br><br>By: _____<br>Robert K. Kraselnik<br>Attorneys for Plaintiff |

SO ORDERED: _____
Hon. Harold Baer, Jr.

This __18__ day of __August__, 2008.

NY:2809751v1                    - 2 -